# EXHIBIT 2

**Exhibit 2 to Complaint**
**Infringement Claim Chart**
**U.S. Patent No. 12,465,826**

**Engage Pickleball, LLC**
**Alpha Pro Pickleball Paddle**

The exemplary claim chart set forth below is provided based on information to date and may not be exhaustive. Plaintiff's investigation is ongoing. Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention claim chart to identify additional asserted claims, accused products/instrumentalities, and/or to further identify where each element of each asserted claim is found in each accused product. For example, Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention chart in view of any future discovery obtained from Defendant Engage Pickleball, LLC and/or third parties during the pendency of this litigation.

As used in claim chart below, the "Engage Accused Product(s)" include without limitation the following: the pickleball game paddles produced by Defendant Engage Pickleball, LLC (hereinafter "Engage") including, but not necessarily limited to, the Engage Alpha Pro pickleball paddle, as well as any other Engage product that shares a similar structure/configuration and/or operates in a manner consistent with the theory of infringement outlined in the claim chart below. Plaintiff contends that the Engage Accused Product(s)—which is also herein referred to as the Engage Alpha Pro paddle—practices each of the claims of U.S. Patent No. 12,465,826 ("the '826 Patent") identified in the claim chart below in the manner shown and/or explained.

The Engage Accused Product(s)—along with the associated photographs and documents—discussed, cited, and/or otherwise referenced herein are representative in all material aspects of all other Accused Product(s) identified herein.

1

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| | **Claim 1** | |
| **1 [pre]** | A pickleball paddle, comprising: | The Engage Alpha Pro Paddle is a pickleball paddle. *See* https://engagepickleball.com/collections/alpha-series/products/alphapro.<br><br> |

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| | |  |
| 1.a | a front surface; | The Engage Alpha Pro Paddle includes a front surface (below): |
| 1.b | a back surface opposing the front surface; | |

| | **U.S. Patent No. 12,465,826** | **Engage Alpha Pro Paddle** |
|---|---|---|
| | | The Engage Alpha Pro Paddle includes a back surface (below) opposing the front surface:<br><br>back surface |
| **1.c** | a core disposed between the front surface and the back surface, | The Engage Alpha Pro Paddle includes a core disposed between the front surface and the back surface, specifically a "DrivePro Polymer Core." https://engagepickleball.com/collections/alpha-series/products/alphapro. |

4

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| |  | |
| **1.d** | the core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, | The Engage Alpha Pro Paddle includes a core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter |

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| | an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion | of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion: |
| 1.e | a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle, | The Engage Alpha Pro Paddle includes a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle: |

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| | | |
| 1.f | the gap extending around at least the first portion of the outer boundary of the core; | The Engage Alpha Pro Paddle includes a gap extending around at least the first portion of the outer boundary of the core: |

7

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| | |  |
| **1.g** | a first filler disposed within at least a portion of the gap beyond the outer boundary of the core; | The Engage Alpha Pro Paddle includes a first filler disposed within at least a portion of the gap beyond the outer boundary of the core, specifically it includes "foam between the Core and Impact Edge |

8

| U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|
| | Foam Barrier." *See* https://engagepickleball.com/collections/alpha-series/products/alphapro.<br><br> |
| | |

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| 1.h | a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof, | The Engage Alpha Pro Paddle includes a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof: |
| | | |

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| 1.i | the frame at least partially disposed between the front surface and the back surface along the edge portion, | The Engage Alpha Pro Paddle includes a frame at least partially disposed between the front surface and the back surface along the edge portion: |

11

| | **U.S. Patent No. 12,465,826** | **Engage Alpha Pro Paddle** |
|---|---|---|
| **1.j** | the frame defining a hollow interior portion; and | The Engage Alpha Pro Paddle includes a frame defining a hollow interior portion, shown here with filler:<br><br><br><br>Hollow interior portion, shown here with filler<br><br>frame |
| | | |

12

| | U.S. Patent No. 12,465,826 | Engage Alpha Pro Paddle |
|---|---|---|
| **1.k** | a second filler disposed within at least a portion of the hollow interior portion of the frame. | The Engage Alpha Pro Paddle includes a second filler disposed within at least a portion of the hollow interior portion of the frame: |

13